[No. 13618.   In Bank. — March 7, 1891.]

EDWARD MOORE, APPELLANT, v. J. F. MOODY, RE-
SPONDENT.

APPEAL — FINDINGS — SUFFICIENCY OF EVIDENCE. — Where the evidence jus-
tifies a finding which is conclusive of the case, the judgment must be
affirmed.

APPEAL for a judgment of the Superior Court of San
Joaquin County, and form an order denying a new trial.

The facts are stated in the opinion.

*J. B. Webster*, and *L. W. Elliott*, for Appellant.

*Davis & Hill*, for Respondent.

BELCHER, C. — This is an action to recover the sum
of $450.80, balance of account, for goods alleged to have
been sold and delivered by C. E. Williams & Co., plain-
tiff's assignors, to defendant. The answer denied all the
material averments of the complaint. The court below
found upon all the issues against the plaintiff, and gave
judgment for the defendant, from which, and from an
order denying a new trial, plaintiff appeals.

It is claimed for appellant that the findings of fact
were not justified by the evidence, and that the judgment
should therefore be reversed. No brief has been filed on
behalf of respondent.

The seventh finding reads as follows: "The said C. E.
Williams & Co. did not sell to the defendant any of said
merchandise, and defendent did not purchase the same,
and the defendant was not at the time of the commence-
ment of this action, and is not, indebted to the plaintiff
in any sum."

This finding, if justified, is conclusive of the case.
And after carefully reviewing the testimony brought up
in the record, we think it is justified, and must be sus-
tained.

No useful purpose would be accomplished by stating the probative facts an length, and we therefore omit to do so.

We advise that the judgment and order appealed from be affirmed.

VANCLIEF, C., and FOOTE, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, the judgment and order appealed from are affirmed.